# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
KUZEL, MICHAEL J. § Case No. 09-26048
KUZEL, CHARLENE §
§
§
Debtors §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/18/2009 . The undersigned trustee was appointed on 05/08/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $        85,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 28,358.46 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]           $        41,641.54

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/10/2017 and the deadline for filing governmental claims was 08/10/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 6,064.08 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 6,064.08 , for a total compensation of $ 6,064.08 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 160.30 , for total expenses of $ 160.30 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/15/2018              By: /s/R. SCOTT ALSTERDA
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 09-26048 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|---|
| Case Name: | KUZEL, MICHAEL J. | | | Date Filed (f) or Converted (c): | 07/18/09 (f) |
| | KUZEL, CHARLENE | | | 341(a) Meeting Date: | 08/27/09 |
| For Period Ending: | 05/08/18 | | | Claims Bar Date: | 08/10/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 9333 S. 52nd Av | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Pocket cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Credit Union account at Parsons | 300.00 | 0.00 | | 0.00 | FA |
| 5. Four bedroom sets, family room furniture, kitchen | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc books and pictures | 300.00 | 0.00 | | 0.00 | FA |
| 7. Personal clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Whole life insurance policy through MetLife | 1.00 | 0.00 | | 0.00 | FA |
| 9. Whole life insurance policy through Northwestern M | 879.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) through employer | 100.00 | 0.00 | | 0.00 | FA |
| 11. Retirement Plan through Parsons | 86,000.00 | 0.00 | | 0.00 | FA |
| 12. 1995 Ford Escort with 91k miles. Does not run | 250.00 | 0.00 | | 0.00 | FA |
| 13. 2007 Hyndai Santa Fe | 15,000.00 | 0.00 | | 0.00 | FA |

Case 09-26048   Doc 60   Filed 06/12/18   Entered 06/12/18 17:43:46   Desc Main
Document      Page 4 of 11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

Case No:      09-26048     JPC    Judge: JACQUELINE P. COX              Trustee Name:              R. SCOTT ALSTERDA
Case Name:    KUZEL, MICHAEL J.                                          Date Filed (f) or Converted (c):   07/18/09 (f)
              KUZEL, CHARLENE                                            341(a) Meeting Date:       08/27/09
                                                                         Claims Bar Date:           08/10/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Personal Cause of Action (u) | 85,000.00 | 0.00 | | 85,000.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $440,480.00 | $0.00 | $85,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered settlement proceeds and fee applications and the final report are in progress.


Initial Projected Date of Final Report (TFR): 10/31/17     Current Projected Date of Final Report (TFR): 06/30/18

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-26048 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|---|
| Case Name: | KUZEL, MICHAEL J. | | Bank Name: | ASSOCIATED BANK |
| | KUZEL, CHARLENE | | Account Number / CD #: | *******2853 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1209 | | | |
| For Period Ending: | 05/08/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/18 | 14 | Archdiocese of Chicago Protected Self-Insurance Prog. | Settlement Funds [Dkt 55] | 1249-000 | 85,000.00 | | 85,000.00 |
| 02/12/18 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond # 016073584 2-1-18 to 2-1-19 | 2300-000 | | 25.46 | 84,974.54 |
| 02/12/18 | 030002 | Michael J. Kuzel 9333 S. 52nd Avenue Oak Lawn, IL 60453-2419 | Exemption [Dkt 55] | 8100-002 | | 15,000.00 | 69,974.54 |
| 02/12/18 | 030003 | Mark R. McKenna and Hurley McKenna & Mertz, P.C. 33 N. Dearborn Street, Suite 1430 Chicago, IL 60602 | [Dkt 55] Allowed Fees | 3210-000 | | 28,333.00 | 41,641.54 |

| | | | | | |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | | 85,000.00 | 43,358.46 | 41,641.54 |
| | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 85,000.00 | 43,358.46 | |
| | | Less: Payments to Debtors | | | 15,000.00 | |
| | | Net | | 85,000.00 | 28,358.46 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******2853 | 85,000.00 | 28,358.46 | 41,641.54 |
| | 85,000.00 | 28,358.46 | 41,641.54 |

Page Subtotals    85,000.00    43,358.46

UST Form 101-7-TFR (5/1/2011) (Page: 5)                    Ver: 20.00i
LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit B

| Case No: | 09-26048 -JPC | | Trustee Name: | R. SCOTT ALSTERDA |
| --- | --- | --- | --- | --- |
| Case Name: | KUZEL, MICHAEL J. | | Bank Name: | ASSOCIATED BANK |
| | KUZEL, CHARLENE | | Account Number / CD #: | *******2853 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1209 | | | |
| For Period Ending: | 05/08/18 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ R. SCOTT ALSTERDA  Date: 05/08/18
R. SCOTT ALSTERDA

| | | Page Subtotals | 0.00 | 0.00 |
| --- | --- | --- | --- | --- |

Exhibit C: - Analysis of Claims Register
Case 09-26048-JPC KUZEL, MICHAEL J.

| Claim # | Date | Pri | Claimant<br>Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Ch. 7 Admin Claims** | | | | | | | | |
| | | 000 | R. Scott Alsterda<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602-4283<br><2100 Trustee Compensation> | 6,064.08 | 6,064.08 | 0.00 | 6,064.08 | 6,064.08 |
| | | 000 | R. Scott Alsterda<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602-4283<br><2200 Trustee Expenses> | 160.30 | 160.30 | 0.00 | 160.30 | 160.30 |
| | | 000 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602<br><3110-00 Attorney for Trustee Fees (Trustee> | 0.00 | 11,999.50 | 0.00 | 11,999.50 | 11,999.50 |
| | | 000 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602<br><3120-00 Attorney for Trustee Expenses (Trus> | 0.00 | 201.73 | 0.00 | 201.73 | 201.73 |
| | | 000 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601<br><3410-00 Accountant for Trustee Fees (Other> | 0.00 | 841.50 | 0.00 | 841.50 | 841.50 |
| | Total for Priority 000   100.00 % Paid | | | 6,224.38 | 19,267.11 | 0.00 | 19,267.11 | 19,267.11 |
| | | | Total for Ch. 7 Admin Claims | 6,224.38 | 19,267.11 | 0.00 | 19,267.11 | 19,267.11 |
| **Unsecured Claims** | | | | | | | | |
| 000001 | 06/01/17 | 070 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured 726(a)(2)> | 6,488.48 | 6,488.48 | 0.00 | 6,488.48 | 6,488.48 |
| 000002 | 06/01/17 | 070 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00 General Unsecured 726(a)(2)> | 1,060.28 | 1,060.28 | 0.00 | 1,060.28 | 1,060.28 |
| 000003 | 06/13/17 | 070 | LVNV Funding, LLC its successors and assigns as<br>assignee of North Star Capital Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00 General Unsecured 726(a)(2)> | 756.00 | 756.00 | 0.00 | 756.00 | 756.00 |
| | | 070 | MICHAEL J. KUZEL<br>CHARLENE KUZEL<br>9333 S. 52ND AVE<br>OAK LAWN, IL 60453-2419<br><8200-00 Surplus Funds Paid to Debtor> | 0.00 | 13,718.33 | 0.00 | 13,718.33 | 13,718.33 |

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| | | **Total for Priority 070  100.00 % Paid** | | **8,304.76** | **22,023.09** | **0.00** | **22,023.09** | **22,023.09** |
| | | | **Total for Unsecured Claims** | **8,304.76** | **22,023.09** | **0.00** | **22,023.09** | **22,023.09** |

**Interest Claims**

| Claim # | Date | Pri | Claimant Proof/<Category>/Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 000001i | 06/01/17 | 070 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><br><7990-00 Surplus Case interest on General Unsecured 726(a)(5)> | 0.00 | 274.50 | 0.00 | 274.50 | 274.50 |
| 000002i | 06/01/17 | 070 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><br><7990-00 Surplus Case interest on General Unsecured 726(a)(5)> | 0.00 | 44.86 | 0.00 | 44.86 | 44.86 |
| 000003i | 06/13/17 | 070 | LVNV Funding, LLC its successors and assigns as<br>assignee of North Star Capital Acquisition LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br><7990-00 Surplus Case interest on General Unsecured 726(a)(5)> | 0.00 | 31.98 | 0.00 | 31.98 | 31.98 |
| | | **Total for Priority 070  100.00 % Paid** | | **0.00** | **351.34** | **0.00** | **351.34** | **351.34** |
| | | | **Total for Interest Claims** | **0.00** | **351.34** | **0.00** | **351.34** | **351.34** |
| | | | **Total for Case:** | **14,529.14** | **41,641.54** | **0.00** | **41,641.54** | **41,641.54** |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26048
Case Name: KUZEL, MICHAEL J.
           KUZEL, CHARLENE
Trustee Name: R. SCOTT ALSTERDA

| | | |
|---|---|---|
| Balance on hand | $ | 41,641.54 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA | $ 6,064.08 | $ 0.00 | $ 6,064.08 |
| Trustee Expenses: R. SCOTT ALSTERDA | $ 160.30 | $ 0.00 | $ 160.30 |
| Attorney for Trustee Fees: Nixon Peabody LLP | $ 11,999.50 | $ 0.00 | $ 11,999.50 |
| Attorney for Trustee Expenses: Nixon Peabody LLP | $ 201.73 | $ 0.00 | $ 201.73 |
| Accountant for Trustee Fees: Kutchins, Robbins & Diamond, Ltd. | $ 841.50 | $ 0.00 | $ 841.50 |
| Other: Hurley McKenna & Mertz, P.C. | $ 28,333.00 | $ 28,333.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 19,267.11 |
| Remaining Balance | $ | 22,374.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 8,304.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Capital One Bank (USA), N.A. | $ 6,488.48 | $ 0.00 | $ 6,488.48 |
| 000002 | Capital One Bank (USA), N.A. | $ 1,060.28 | $ 0.00 | $ 1,060.28 |
| 000003 | LVNV Funding, LLC its successors and | $ 756.00 | $ 0.00 | $ 756.00 |

Total to be paid to timely general unsecured creditors    $    8,304.76

Remaining Balance    $    14,069.67

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.5 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 351.34 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 13,718.33 .