# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: MICHAEL J. KUZEL & CHARLENE KUZEL | ) ) ) ) | CHAPTER 7 |
| | | Case No. 09-26048 |
| DEBTORS | ) ) ) | HON. JACQUELINE P. COX |

## COVER SHEET FOR APPLICATION FOR
## PROFESSIONAL COMPENSATION

Name of Applicant: KUTCHINS, ROBBINS & DIAMOND, LTD.

Authorized to Provide
Professional Services to: R. SCOTT ALSTERDA, TRUSTEE

Date of Order authorizing Employment: February 27, 2018

Period for Which
Compensation is Requested: From March 7, 2018 through March 8, 2018

Amount of Fees Requested: $ 841.50

Amount of Expense Reimbursement Requested: $0.00

This is an: Interim Application_____ Final Application __X__

Previous applications / allowances of this applicant:

Fees Sought: NONE          Fees Allowed: NONE
Costs Sought: NONE         Costs Allowed: NONE

Applicant:

Date: April 17, 2018

By: _/s/ Lois West_____

Lois West, CPA
Certifying Professional

KUTCHINS, ROBBINS & DIAMOND, LTD.
35 E. Wacker Drive, Suite 690
Chicago, IL 60601

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| IN RE: MICHAEL J. KUZEL & CHARLENE KUZEL<br><br>DEBTORS | CASE NO. 09-26048<br>CHAPTER 7 CASE<br>JUDGE JACQUELINE P. COX |

TO: THE HONORABLE JACQUELINE P. COX
    BANKRUPTCY JUDGE

### APPLICATION OF TRUSTEE'S ACCOUNTANT
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

Kutchins, Robbins & Diamond, Ltd., accountant for the Trustee pursuant to 11 U.S.C. Sec 330 and Bankruptcy Rule 2016 submits this application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Petition commencing this case was filed on July 18, 2009 and on November 5, 2009 the case was closed. On May 4, 2017 the case was reopened and this Court authorized the employment of the firm of Kutchins, Robbins & Diamond, Ltd. to serve as accountant for the trustee on February 27, 2018.

2. Applicant requests $ 841.50 in compensation for 3.3 hours of services performed and reimbursement of actual expenses in the amount of $0 for the period March 7, 2018 through March 8, 2018.

3. A description of the nature of the services rendered by the Applicant is as follows:

> Accounting and tax services including preparation of the federal and state fiduciary income tax returns for the for the final period ended February 28, 2018 and preparation of letters to the Internal Revenue Service and the Illinois Department of Revenue in accordance with code section 505(b).

4. Attached as Exhibit "A" is an itemized statement of the accounting services rendered. The statement reflects the accounting services rendered, the persons who rendered those services, and a description of the work performed.

5. The time expended and services rendered by Applicant is summarized as follows:

Tax Services:

| Accountant | Hours | Rate | Total |
|---|---|---|---|
| L. West | 3.3 | $255 | $ 841.50 |
| Total | 3.3 | | $ 841.50 |

6. Based on the nature, extent, and value of services performed by the Applicant, the results achieved, and the costs of comparable services, the compensation sought is fair and reasonable.

7. At all times during Applicant's representation of the Trustee, Applicant was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which Applicant was employed.

**WHEREFORE**, Applicant requests that it be awarded reasonable compensation of $841.50 for the accounting services rendered in this case and reimbursement of expenses of $0 incurred.

DATE: April 17, 2018                    RESPECTFULLY SUBMITTED,

                                        _____
                                        Lois West
                                        Certifying Professional
                                        35 E. Wacker Drive, Suite 690
                                        Chicago, IL  60601