UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Case No. 09-26048 |
| MICHAEL J. KUZEL AND CHARLENE ) | Chapter 7 |
| KUZEL, ) | Honorable Jacqueline P. Cox |
| ) | |
| Debtors. ) | |

# CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that on June 14, 2018, I electronically filed the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following individuals:

| | | |
|---|---|---|
| **Jeffrey S Snell**<br>Office of the United States Trustee<br>219 South Dearborn , Room 873<br>Chicago, IL 60604<br>312-886-0890 | representing | **Patrick S Layng**<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn, Room 873<br>Chicago, IL 60604<br>312-886-5785<br>*(U.S. Trustee)* |
| **Thomas W Lynch**<br>Thomas W Lynch & Associates PC<br>9231 S Roberts Rd<br>Hickory Hills, IL 60457<br>708-598-5999 | representing | **Michael J. Kuzel**<br>9333 S. 52nd Ave<br>Oak Lawn, IL 60453<br>*(Debtor 1)*<br><br>**Charlene Kuzel**<br>9333 S. 52nd Ave<br>Oak Lawn, IL 60453<br>*(Debtor 2)* |

and I hereby further certify that on June 14, 2018, I caused to be sent by first class U.S. mail the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** and **Certificate of Service** to the following non-registered individuals with the bankruptcy court by depositing envelopes in the mailboxes located at 70 W. Madison, Suite 3500, Chicago, IL 60602 before the hour of 5:00 p.m.:

| | |
|---|---|
| Michael J. Kuzel<br>9333 S. 52nd Avenue<br>Oak Lawn, IL 60453-2419 | Charlene Kuzel<br>9333 S. 52nd Avenue<br>Oak Lawn, IL 60453-2419 |
| ACL<br>PO Box 27901<br>Milwaukee, WI 53227-0901 | ACS Education<br>Bankruptcy Department<br>PO Box 78844<br>Phoenix, AZ 85062-8844 |
| AMCOL Systems<br>PO Box 21625<br>Columbia, SC 29221-1625 | AT&T<br>c/o Southwest Credit<br>5910 W. Plano Parkway<br>Plano, TX 75093-2201 |
| Account Receivable Services<br>3031 N. 114th Street<br>Milwaukee, WI 53222-4218 | Accounts Receivables Management<br>PO Box 129<br>Thorofare, NJ 08086-0129 |
| Advocate Christ Medical Center<br>Bankruptcy Department<br>PO Box 70508<br>Chicago, IL 60673-0508 | Americash Loans<br>Bankruptcy Department<br>103 N. Wells<br>Chicago, IL 60606-1801 |
| Bank of America<br>7105 Corporate Drive<br>Plano, Texas 75024-4100 | Bank of America<br>PO Box 982238<br>El Paso, TX 79998-2238 |
| Best Buy/HSBC<br>Bankruptcy Department<br>90 Christina Road<br>New Castle, DE 19720-3118 | CIGPF I CORP<br>c/o Northland Group<br>PO Box 390846<br>Minneapolis, MN 55439-0846 |
| Capital One Bank<br>Bankruptcy Department<br>PO Box 5294<br>Carol Stream, IL 60197-5294 | Capital One Bank<br>c/o NCO Financial Systems<br>PO Box 15894<br>Wilmington, DE 19850-5894 |

4832-3146-9930.1

| | |
|---|---|
| Care Station Physicians<br>Bankruptcy Department<br>5660 W. 95th Street, Ste. 1<br>Oak Lawn, IL 60453-2300 | Chase<br>Bankruptcy Department<br>800 Brooksedge Blvd.<br>Westerville, OH 43081-2822 |
| Christ Medical Center<br>PO Box 70508<br>Chicago, IL 60673-0508 | Collection<br>PO Box 1070<br>Norwalk, CA 90651-1070 |
| Credit Management Control<br>PO Box 1408<br>Racine, WI 53401-1408 | Devon Financial Services Inc.<br>6414 N. Western Ave.<br>Chicago, IL 60645-5422 |
| Dr. James Hogg<br>10232 Central Ave.<br>Oak Lawn, IL 60453-4602 | Evergreen Emergency Services<br>Bankruptcy Department<br>PO Box 128080<br>Evergreen Park, IL 60805 |
| Foot & Ankle Associates<br>4650 Southwest Highway<br>Oak Law, IL 60453-1836 | George Skarpathiotis, MD<br>7110 W. 127th Street<br>Palos Heights, IL 60463-1682 |
| HFC<br>Bankruptcy Department<br>PO Box 17574<br>Baltimore, MD 21297-1574 | HFC<br>c/o Midland Credit Mgmt.<br>PO Box 939019<br>San Diego, CA 92193-9019 |
| HSBC<br>Bankruptcy Department<br>PO Box 17313<br>Baltimore, MD 21297-1313 | HSBC<br>c/o Midland Credit Mgmt.<br>PO Box 60578<br>Los Angeles, CA 90060-0578 |
| HSBC<br>c/o People First Recovery<br>7900 International Dr., Ste. 955<br>Minneapolis, MN 55425-2462 | HSBC Auto Finance<br>Bankruptcy Department<br>PO Box 201347<br>Arlington, TX 76006-1347 |
| Hamdi Khilfelf, MD<br>5907 W. 63rd Street<br>Chicago, IL 60638-5409 | Harris NA<br>3800 Golf Road, Suite 300<br>Rolling Meadows, IL 60008-4037 |

4832-3146-9930.1

ICS
Bankruptcy Department
PO Box 646
Oak Lawn, IL 60454-0646

Ingalls Memorial Hospital
Bankruptcy Department
PO Box 75608
Chicago, IL 60675-5608

Infinity Healthcare
Bankruptcy Department
PO Box 3261
Milwaukee, WI 53201-3261

JC Penney
c/o LVNV Funding
15 S. Main Street, Suite 700
Greenville, SC 29601-2793

JC Penny
Bankruptcy Department
PO Box 45270
Salt Lake City, UT 84145-0270

Little Company of Mary Hospital
c/o Malcolm S. Gerald & Associates
332 S. Michigan Avenue, Suite 600
Chicago, IL 60604-4318

KCI
Bankruptcy Department
PO Box 203084
Houston, TX 77216-3084

MIDC Infusion Services
500 W. Ogden Ave., Ste. C
Hinsdale, IL 60521-3157

Little Company of Mary Hospital
Bankruptcy Department
2800 W. 95th Street
Evergreen Park, IL 60805-2701

Medical College
c/o Gibson & Sharps, PSC
9390 Bunsen Pkwy.
Louisville, KY 40220-3789

MCS
725 S. Wells Street, Ste. 500
Chicago, IL 60607-4516

Metro Center for Health
Bankruptcy Department
500 E. Ogden Ave., Ste. C
Hinsdale, IL 60521-2480

MRI Assoc. of Illinois
Bankruptcy Department
PO Box 30110
New York, NY 10087-0110

Midwest Diagnostic Pathology
75 Remittance Drive, Suite 3070
Chicago, IL 60675-3070

Menards
Bankruptcy Department
PO Box 17602
Baltimore, MD 21297-1602

Nationwide Credit
Bankruptcy Department
PO Box 740640
Atlanta, GA 30374-0640

4

4832-3146-9930.1

Metro Inf Dis Consultants
500 E. Ogden, Ste C
Hinsdale, IL 60521-2480

Northland Group
PO Box 390846
Minneapolis, MN 55439-0846

NCO Financial Systems
Bankruptcy Department
PO Box 15740
Wilmington, DE 19850-5740

Palos Community Hospital
12251 South 80th Avenue
Palos Heights, IL 60463-0930

Nicor Gas
Bankruptcy Department
1844 Ferry Road, 7W
Naperville, IL 60563-9662

Parkview Orthopedic
7600 W. College Drive
Palos Heights, IL 60463-1066

Oak Lawn Radiology Imaging Cons
Bankruptcy Department
37241 Eagle Way
Chicago, IL 60678-0001

Payday Loan Stores
Bankruptcy Department
6320 W. 95th Street
Oak Lawn, IL 60453-2202

Palos Community Hospital
c/o Nationwide Credit
9919 Roosevelt Road
Westchester, IL 60154-2774

Radiology Imaging Specialists
PO Box 70
Hinsdale, IL 60522-0070

Parsons FCU
Bankruptcy Department
PO Box 90667
Pasadena, CA 91109-0667

Sallie Mae Servicing
Bankruptcy Department
PO Box 9533
Wilkes Barre, PA 18773-9533

Radiology Imaging Specialists
c/o ATG Credit
PO Box 14895
Chicago, IL 60614-8542

St. Mary's Hospital
Bankruptcy Department
PO Box 2960
Milwaukee, WI 53201-2960

Ridge Orthopedic & Rehab
5540 W. 111th Street
Oak Lawn, IL 60453-5574

Target
c/o IC System
PO Box 64378
Saint Paul, MN 55164-0378

5

4832-3146-9930.1

Sam's Club
Bankruptcy Department
702 SW 8th Street
Bentonville, AR 72716-6209

The Anesthesia Assoc.
PO Box 75565
Chicago, IL 60675-5565

Sudhir M. Gokhale, MD
10522 S. Cicero, Ste. 2D
Oak Lawn, IL 60453-5290

Tri-State Adjustment
Bankruptcy Department
PO Box 3219
La Crosse, WI 54602-3219

Target National Bank
Bankruptcy Department
PO Box 59317
Minneapolis, MN 55459-0317

Wells Fargo
c/o BYL Collection
PO Box 569
Malvern, PA 19355-0569

Tinley Woods Anesthesia Services
18200 LaGrange Road
Tinley Park, IL 60487-7721

Wells Fargo
Bankruptcy Department
PO Box 54349
Los Angeles, CA 90054-0349

Mark R. McKenna
Hurley McKenna & Mertz, P.C.
33 N. Dearborn, Suite 1430
Chicago, IL 60602

Dated: June 14, 2018

R. SCOTT ALSTERDA, not individually but as Chapter 7 Trustee for Michael J. Kuzel and Charlene Kuzel, Debtors

/s/  R. Scott Alsterda
*One of the Trustee's attorneys*

R. Scott Alsterda (# 3126771)
Nixon Peabody LLP
70 West Madison Street, Suite 3500
Chicago, Illinois 60602
(312) 977-9203 (Tel.)
(312) 977-4405 (Fax)
Email: rsalsterda@nixonpeabody.com

6

4832-3146-9930.1