# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| KUZEL, MICHAEL J. | § | Case No. 09-26048 |
| KUZEL, CHARLENE | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

R. SCOTT ALSTERDA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 355,480.00    Assets Exempt: 15,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  8,656.10    Claims Discharged
Without Payment:  162,181.00

Total Expenses of Administration:  47,625.57

3) Total gross receipts of $ 85,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 28,718.33  (see **Exhibit 2**), yielded net receipts of $ 56,281.67  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 280,255.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 47,625.57 | 47,625.57 | 47,625.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 170,206.00 | 8,656.10 | 8,304.76 | 8,656.10 |
| **TOTAL DISBURSEMENTS** | $ 450,461.00 | $ 56,281.67 | $ 55,930.33 | $ 56,281.67 |

4)  This case was originally filed under chapter 7 on  07/18/2009 .  The case was pending for 110 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  08/13/2018                     By:/s/R. SCOTT ALSTERDA
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Cause of Action | 1249-000 | 85,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 85,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Michael J. Kuzel | Exemptions | 8100-002 | 15,000.00 |
| MICHAEL J. KUZEL | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 13,718.33 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 28,718.33** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America Mortgage Bankruptcy Department 4161 Piedmont Pkwy Greensboro, NC 27410 | | 235,787.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Auto Finance Bankruptcy Department PO Box 17548 Baltimore, MD 21297-1548 | | 19,473.00 | NA | NA | 0.00 |
| | Harris Na Bankruptcy Department PO Box 6201 Carol Stream, IL 60197-6201 | | 24,995.00 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 280,255.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:R. SCOTT ALSTERDA, TRUSTEE | 2100-000 | NA | 6,064.08 | 6,064.08 | 6,064.08 |
| TRUSTEE EXPENSES:R. SCOTT ALSTERDA, TRUSTEE | 2200-000 | NA | 160.30 | 160.30 | 160.30 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 25.46 | 25.46 | 25.46 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):NIXON PEABODY LLP | 3110-000 | NA | 11,999.50 | 11,999.50 | 11,999.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM:NIXON PEABODY LLP | 3120-000 | NA | 201.73 | 201.73 | 201.73 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ATTORNEY FOR TRUSTEE FEES (OTHER FIRM):HURLEY MCKENNA & MERTZ, P.C. | 3210-600 | NA | 28,333.00 | 28,333.00 | 28,333.00 |
| ACCOUNTANT FOR TRUSTEE FEES (OTHER FIRM):KUTCHINS, ROBBINS & DIAMOND LTD. | 3410-000 | NA | 841.50 | 841.50 | 841.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 47,625.57 | $ 47,625.57 | $ 47,625.57 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL PO Box 27901 Milwaukee, WI 53227 | | 186.00 | NA | NA | 0.00 |
| | ACS Education Bankruptcy Department PO Box 78844 Phoenix, AZ 85062 | | 40,000.00 | NA | NA | 0.00 |
| | AMCOL Systems PO Bxo 21625 Columbia, SC 29221 | | 150.00 | NA | NA | 0.00 |
| | AT&T C/O Southwest Credit 5910 W Plano Pwky Plano, TX 75093 | | 203.00 | NA | NA | 0.00 |
| | Account Recievable Services 3031 N 114th St Milwaukee, WI 53222 | | 212.00 | NA | NA | 0.00 |
| | Account Recievable Services 3031 N 114th St Milwaukee, WI 53222 | | 105.00 | NA | NA | 0.00 |
| | Advocate Christ Medical Center Bankruptcy Department PO Box 70508 Chicago, IL 60673-0508 | | 522.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Americash Loans Bankruptcy Department 103 N Wells Chicago, IL 60606 | | 2,800.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Department PO Box 17220 Baltimore, MD 21297-1220 | | 5,960.00 | NA | NA | 0.00 |
| | Bank of America Bankruptcy Department PO Box 17220 Baltimore, MD 21297-1220 | | 2,421.00 | NA | NA | 0.00 |
| | Best Buy/HSBC Bankruptcy Department 90 Christina Road New Castle, DE 19720 | | 1,986.00 | NA | NA | 0.00 |
| | CIGPF I CORP C/O Northland Group PO Box 390846 Minneapolis, MN 55439 | | 8,763.00 | NA | NA | 0.00 |
| | Capital One Bank Bankruptcy Department PO Box 5294 Carol Stream, IL 60197-5294 | | 1,048.00 | NA | NA | 0.00 |
| | Care Station Physicians Bankruptcy Department 5660 W 95th Street, Ste 1 Oak Lawn, IL 60453 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bankruptcy Department 800 Brooksedge Blvd Westerville, OH 43081 | | 4,743.00 | NA | NA | 0.00 |
| | Christ Medical Center PO Box 70508 Chicago, IL 60673 | | 135.00 | NA | NA | 0.00 |
| | Christ Medical Center PO Box 70508 Chicago, IL 60673 | | 150.00 | NA | NA | 0.00 |
| | Christ Medical Center PO Box 70508 Chicago, IL 60673 | | 135.00 | NA | NA | 0.00 |
| | Christ Medical Center PO Box 70508 Chicago, IL 60673 | | 652.00 | NA | NA | 0.00 |
| | Collection PO Box 1070 Norwalk, CA 90651-1070 | | 103.00 | NA | NA | 0.00 |
| | Devon Financial Services Bankruptcy Department 8832 S Cicero Ave Oak Lawn, IL 60453 | | 1,200.00 | NA | NA | 0.00 |
| | Dr. James Hogg 10232 Central Ave Oak Lawn, IL 60453 | | 112.00 | NA | NA | 0.00 |
| | Eagle Collection | | 267.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evergreen Emergency Services Bankruptcy Department PO Box 128080 Evergreen Park, IL 60805 | | 48.00 | NA | NA | 0.00 |
| | Evergreen Emergency Services Bankruptcy Department PO Box 128080 Evergreen Park, IL 60805 | | 298.00 | NA | NA | 0.00 |
| | Foot & Ankle Associates 4650 Southwest Highway Oak Lawn, IL 60453 | | 4,000.00 | NA | NA | 0.00 |
| | George Skarpathiotis, MD 7110 W 127th Street Palos Heights, IL 60463 | | 70.00 | NA | NA | 0.00 |
| | HFC Bankruptcy Department PO Box 17574 Baltimore, MD 21297-1574 | | 6,700.00 | NA | NA | 0.00 |
| | HSBC Bankruptcy Department PO Box 17313 Baltimore, MD 21297-1313 | | 746.00 | NA | NA | 0.00 |
| | HSBC Bankruptcy Department PO Box 17313 Baltimore, MD 21297-1313 | | 582.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC C/O Midland Credit Mgmt PO Box 60578 Los Angeles, CA 90060 | | 12,872.00 | NA | NA | 0.00 |
| | Hamdi Khilfelf, MD 5907 W 63rd Street Chicago, IL 60638 | | 31.00 | NA | NA | 0.00 |
| | ICS Bankruptcy Department PO Box 646 Oak Lawn, IL 60454-0646 | | 179.00 | NA | NA | 0.00 |
| | ICS Bankruptcy Department PO Box 646 Oak Lawn, IL 60454-0646 | | 75.00 | NA | NA | 0.00 |
| | ICS Bankruptcy Department PO Box 646 Oak Lawn, IL 60454-0646 | | 60.00 | NA | NA | 0.00 |
| | ICS PO Box 646 Oak Lawn, IL 60454-0646 | | 941.00 | NA | NA | 0.00 |
| | ICS PO Box 646 Oak Lawn, IL 60454-0646 | | 277.00 | NA | NA | 0.00 |
| | Infinity Healthcare Bankruptcy Department PO Box 3261 Milwaukee, WI 53201 | | 195.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ingalls Memorial Hospital Bankruptcy Department PO Box 75608 Chicago, IL 60675-5608 | | 236.00 | NA | NA | 0.00 |
| | JC Penny C/O LVNV Funding 15 S. Main Street, Suite 700 Greenville, SC 29601 | | 370.00 | NA | NA | 0.00 |
| | KCI Bankruptcy Depatment PO Box 203084 Houston, TX 77216 | | 93.00 | NA | NA | 0.00 |
| | KCI USA Inc PO Box 203084 Houston, TX 77216 | | 1,688.00 | NA | NA | 0.00 |
| | Little Co of Mary Hospital Bankruptcy Department 2800 W 95th Street Evergreen Park, IL 60805-2746 | | 402.00 | NA | NA | 0.00 |
| | Little Co of Mary Hospital Bankruptcy Department 2800 W 95th Street Evergreen Park, IL 60805-2746 | | 150.00 | NA | NA | 0.00 |
| | Little Co of Mary Hospital Bankruptcy Department 2800 W 95th Street Evergreen Park, IL 60805-2746 | | 150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Little Co of Mary Hospital Bankruptcy Department 2800 W 95th Street Evergreen Park, IL 60805-2746 | | 402.00 | NA | NA | 0.00 |
| | Little Co of Mary Hospital C/O Malcolm S. Gerald & Associates 332 S Michigan Ave Ste 600 Chicago, IL 60604 | | 150.00 | NA | NA | 0.00 |
| | MIDC Infusion Services 500 W Ogden Ave, Ste C Hinsdale, IL 60521 | | 11,112.00 | NA | NA | 0.00 |
| | MRI Assoc of Illinois Bankruptcy Department PO Box 30110 New York, NY 10087 | | 317.00 | NA | NA | 0.00 |
| | Medical College C/O Gibson & Sharps, PSC 9390 Bunsen Pkwy Louisville, KY 40220 | | 0.00 | NA | NA | 0.00 |
| | Menards Bankruptcy Department PO Box 17602 Baltimore, MD 21297-1602 | | 375.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Metro Center for Health Bankruptcy Department 500 E Ogden Ave, Ste C Hinsdale, IL 60521 | | 30.00 | NA | NA | 0.00 |
| | Metro Inf Dis Consultants 500 E Ogden, Ste C Hinsdale, IL 60521-2480 | | 325.00 | NA | NA | 0.00 |
| | Midwest Diagnostic Pathology 75 Remittance Drive, Suite 3070 Chicago, IL 60675-3070 | | 129.00 | NA | NA | 0.00 |
| | NCO Financial Systems Bankruptcy Department PO Box 15740 Wilmington, DE 19850-5740 | | 195.00 | NA | NA | 0.00 |
| | NCO Financial Systems Bankruptcy Department PO Box 15740 Wilmington, DE 19850-5740 | | 60.00 | NA | NA | 0.00 |
| | Nationwide Credit Bankruptcy Department PO Box 740640 Atlanta, GA 30374-0640 | | 150.00 | NA | NA | 0.00 |
| | Nicor Gas Bankruptcy Department 1844 Ferry Road, 7W Naperville, IL 60563 | | 329.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Oak Lawn Radiology Imaging Cons Bankruptcy Department 37241 Eagle Way Chicago, IL 60678 | | 212.00 | NA | NA | 0.00 |
| | Palos Community Hospital 12251 South 80th Ave Palos Heights, IL 60463 | | 150.00 | NA | NA | 0.00 |
| | Palos Community Hospital C/O Nationwide Credit 9919 Roosevelt Rd Westchester, IL 60154 | | 150.00 | NA | NA | 0.00 |
| | Palos Community Hospital C/O Nationwide Credit 9919 Roosevelt Rd Westchester, IL 60154 | | 150.00 | NA | NA | 0.00 |
| | Parkview Orthopedic 7600 W College Drive Palos Heights, IL 60463 | | 363.00 | NA | NA | 0.00 |
| | Parsons FCU Bankruptcy Department PO Box 90667 Pasadena, CA 91109 | | 444.00 | NA | NA | 0.00 |
| | Payday Loan Stores Bankruptcy Department 6320 W 95th Street Oak Lawn, IL 60453 | | 800.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Radiology Imaging Specialists PO Box 70 Hinsdale, IL 60522 | | 181.00 | NA | NA | 0.00 |
| | Ridge Orthopedic & Rehab 5540 W 111th Street Oak Lawn, IL 60453 | | 30.00 | NA | NA | 0.00 |
| | Sallie Mae Servicing Bankruptcy Department PO Box 9533 Wilkes Barre, PA 18773-9533 | | 42,000.00 | NA | NA | 0.00 |
| | Sam's Club Bankruptcy Department 702 SW 8th Street Bentonville, AR 72716 | | 533.00 | NA | NA | 0.00 |
| | St. Mary's Hospital Bankruptcy Department PO Box 2960 Milwaukee, WI 53201 | | 150.00 | NA | NA | 0.00 |
| | St. Mary's Hospital Bankruptcy Department PO Box 2960 Milwaukee, WI 53201 | | 298.00 | NA | NA | 0.00 |
| | Sudhir M. Gokhale, MD 10522 S Cicero, Ste 2D Oak Lawn, IL 60453 | | 30.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target National Bank Bankruptcy Department PO Box 59317 Minneapolis, MN 55459-0317 | | 306.00 | NA | NA | 0.00 |
| | The Anethesia Assoc PO Box 75565 Chicago, IL 60675 | | 101.00 | NA | NA | 0.00 |
| | Tinley Woods Anesthesia Services 18200 LaGrange Rd Tinley Park, IL 60477-7721 | | 173.00 | NA | NA | 0.00 |
| | Tinley Woods Anesthesia Services 18200 LaGrange Rd Tinley Park, IL 60477-7721 | | 54.00 | NA | NA | 0.00 |
| | Tri-State Adjustment Bankruptcy Department PO Box 3219 La Crosse, WI 54602 | | 11.00 | NA | NA | 0.00 |
| | Tri-State Adjustment Bankruptcy Department PO Box 3219 La Crosse, WI 54602 | | 425.00 | NA | NA | 0.00 |
| 000001 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 6,171.00 | 6,762.98 | 6,488.48 | 6,488.48 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 1,098.00 | 1,105.14 | 1,060.28 | 1,060.28 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7100-000 | 756.00 | 787.98 | 756.00 | 756.00 |
| | CAPITAL ONE BANK (USA), N.A. | 7990-000 | NA | NA | NA | 319.36 |
| | LVNV FUNDING, LLC ITS SUCCESSORS AN | 7990-000 | NA | NA | NA | 31.98 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 170,206.00 | $ 8,656.10 | $ 8,304.76 | $ 8,656.10 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-26048 | JPC | Judge: JACQUELINE P. COX | | |
|---|---|---|---|---|---|

Case Name: KUZEL, MICHAEL J.
KUZEL, CHARLENE

For Period Ending: 08/13/18

Trustee Name: R. SCOTT ALSTERDA
Date Filed (f) or Converted (c): 07/18/09 (f)
341(a) Meeting Date: 08/27/09
Claims Bar Date: 08/10/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single family residence located at 9333 S. 52nd Av | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Pocket cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Checking account at Harris Bank | 100.00 | 0.00 | | 0.00 | FA |
| 4. Credit Union account at Parsons | 300.00 | 0.00 | | 0.00 | FA |
| 5. Four bedroom sets, family room furniture, kitchen | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Misc books and pictures | 300.00 | 0.00 | | 0.00 | FA |
| 7. Personal clothing | 500.00 | 0.00 | | 0.00 | FA |
| 8. Whole life insurance policy through MetLife | 1.00 | 0.00 | | 0.00 | FA |
| 9. Whole life insurance policy through Northwestern M | 879.00 | 0.00 | | 0.00 | FA |
| 10. 401(k) through employer | 100.00 | 0.00 | | 0.00 | FA |
| 11. Retirement Plan through Parsons | 86,000.00 | 0.00 | | 0.00 | FA |
| 12. 1995 Ford Escort with 91k miles. Does not run | 250.00 | 0.00 | | 0.00 | FA |
| 13. 2007 Hyndai Santa Fe | 15,000.00 | 0.00 | | 0.00 | FA |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 18)*

Ver: 20.00j

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit 8

| Case No: | 09-26048    JPC    Judge: JACQUELINE P. COX | Trustee Name: | R. SCOTT ALSTERDA |
|---|---|---|---|
| Case Name: | KUZEL, MICHAEL J. | Date Filed (f) or Converted (c): | 07/18/09 (f) |
| | KUZEL, CHARLENE | 341(a) Meeting Date: | 08/27/09 |
| | | Claims Bar Date: | 08/10/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. Personal Cause of Action (u) | 85,000.00 | 0.00 | | 85,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $440,480.00    $0.00    $85,000.00    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered settlement proceeds and fee applications and the final report are in progress.

Initial Projected Date of Final Report (TFR): 10/31/17        Current Projected Date of Final Report (TFR): 06/30/18

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-26048 -JPC |
| Case Name: | KUZEL, MICHAEL J. |
| | KUZEL, CHARLENE |
| Taxpayer ID No: | *******1209 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2853  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/05/18 | 14 | Archdiocese of Chicago Protected Self-Insurance Prog. | Settlement Funds [Dkt 55] | 1249-000 | 85,000.00 | | 85,000.00 |
| 02/12/18 | 030001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond # 016073584 2-1-18 to 2-1-19 | 2300-000 | | 25.46 | 84,974.54 |
| 02/12/18 | 030002 | Michael J. Kuzel 9333 S. 52nd Avenue Oak Lawn, IL 60453-2419 | Exemption [Dkt 55] | 8100-002 | | 15,000.00 | 69,974.54 |
| 02/12/18 | 030003 | Mark R. McKenna and Hurley McKenna & Mertz, P.C. 33 N. Dearborn Street, Suite 1430 Chicago, IL 60602 | [Dkt 55] Allowed Fees | 3210-600 | | 28,333.00 | 41,641.54 |
| 07/13/18 | 030004 | R. SCOTT ALSTERDA, TRUSTEE 70 WEST MADISON AVENUE SUITE 3500 CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 6,064.08 | 35,577.46 |
| 07/13/18 | 030005 | R. SCOTT ALSTERDA, TRUSTEE 70 WEST MADISON AVENUE SUITE 3500 CHICAGO, IL  60602-4283 | Chapter 7 Expenses | 2200-000 | | 160.30 | 35,417.16 |
| 07/13/18 | 030006 | Nixon Peabody LLP | Attorney for Trustee Fees (Trustee | 3110-000 | | 11,999.50 | 23,417.66 |

Page Subtotals          85,000.00          61,582.34

Ver: 20.00j

FORM 2                                                                                              Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26048 -JPC | | | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | KUZEL, MICHAEL J. | | | Bank Name: | ASSOCIATED BANK |
| | KUZEL, CHARLENE | | | Account Number / CD #: | *******2853  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1209 | | | | |
| For Period Ending: | 08/13/18 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | | | | | |
| 07/13/18 | 030007 | Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Attorney for Trustee Expenses (Trus | 3120-000 | | 201.73 | 23,215.93 |
| 07/13/18 | 030008 | Kutchins, Robbins & Diamond, Ltd.<br>c/o Lois West<br>35 East Wacker Drive, Suite 690<br>Chicago, IL 60601 | Accountant for Trustee Fees (Other | 3410-000 | | 841.50 | 22,374.43 |
| 07/13/18 | 030009 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000001, Payment 104.23057%<br><br>Claim        6,488.48<br>Interest        274.50 | <br><br>7100-000<br>7990-000 | | 6,762.98 | 15,611.45 |
| 07/13/18 | 030010 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 104.23096%<br><br>Claim        1,060.28<br>Interest        44.86 | <br><br>7100-000<br>7990-000 | | 1,105.14 | 14,506.31 |
| 07/13/18 | 030011 | LVNV Funding, LLC its successors and<br>assigns as Assignee of North Star Capital<br>Acquisition LLC | Claim 000003, Payment 104.23016% | | | 787.98 | 13,718.33 |

|  |  | | | Page Subtotals | 0.00 | 9,699.33 | |

Ver: 20.00j

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

FORM 2

Page:    3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-26048  -JPC | Trustee Name: | R. SCOTT ALSTERDA |
| Case Name: | KUZEL, MICHAEL J. | Bank Name: | ASSOCIATED BANK |
| | KUZEL, CHARLENE | Account Number / CD #: | *******2853  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1209 | | |
| For Period Ending: | 08/13/18 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | | | | | |
| | | | Claim          756.00 | 7100-000 | | | |
| | | | Interest        31.98 | 7990-000 | | | |
| 07/13/18 | 030012 | MICHAEL J. KUZEL CHARLENE KUZEL 9333 S. 52ND AVE OAK LAWN, IL  60453-2419 | Surplus Funds | 8200-002 | | 13,718.33 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 85,000.00 | 85,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 85,000.00 | 85,000.00 | |
| Less:  Payments to Debtors | | 28,718.33 | |
| Net | 85,000.00 | 56,281.67 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********2853 | 85,000.00 | 56,281.67 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 85,000.00 | 56,281.67 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/    R. SCOTT ALSTERDA

| | Page Subtotals | 0.00 | 13,718.33 |
|---|---|---|---|

Ver: 20.00j

FORM 2    Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-26048 -JPC |
| Case Name: | KUZEL, MICHAEL J. |
| | KUZEL, CHARLENE |
| Taxpayer ID No: | *******1209 |
| For Period Ending: | 08/13/18 |

| | |
|---|---|
| Trustee Name: | R. SCOTT ALSTERDA |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2853  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Trustee's Signature: _____ Date: 08/13/18
R. SCOTT ALSTERDA

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 20.00j

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*